COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Reginald Taylor v. University of Texas Medical Branch at
                            Hospital Galveston

Appellate case number:      01-18-00850-CV

Trial court case number:    18-CV-0105

Trial court:                122nd District Court of Galveston County

The Clerk of this Court's October 16, 2018 Notice had directed the district clerk to file the indigent clerk's record by November 5, 2018, for appellant, Reginald Taylor, incarcerated and proceeding pro se. On October 22, 2018, the district clerk filed the clerk's record including appellant's unsworn declaration of previous lawsuits, listing only the underlying trial court case that is on appeal, and a certified copy of his inmate trust account statement, filed on September 24, 2018, to comply with Chapter 14 of the Texas Civil Practice and Remedies Code. On October 30, 2018, the indigent clerk's record was filed containing the trial court's October 23, 2018 order granting appellant's motion for a free record. Because appellant's declaration and inmate trust account statement comply with Chapter 14, appellant is not required to pay appellate costs. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 14.004(a), (c), 14.006(f) (West 2012); TEX. R. APP. P. 20.1(c).

Accordingly, the Clerk of this Court is **directed** to mark appellant indigent in this Court's records and allowed to proceed without advance payment of the appellate filing, clerk's, and reporter's record fees. On September 27, 2018, the court reporter filed an info sheet in this Court stating that no record was taken.

Thus, because appellant is proceeding pro se, the Court **ORDERS** the district clerk to mail the clerk's record to the appellant, **within 10 days** of this Order, at no cost to appellant, and shall certify the delivery date **within 15 days**.

Appellant is **ORDERED** to file appellant's brief **within 45 days** from the date of this Order. *See* TEX. R. APP. P. 2, 38.6(a)(1).

It is so ORDERED.

Judge's signature:        __/s/ Evelyn V. Keyes_____

                          x  Acting individually      ☐  Acting for the Court

Date:  _November 1, 2018_____